**DISMISSED; Opinion Filed October 29, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01055-CV

**FAY SERVICING, L.L.C. AND CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLP TRUST 3, Appellants**
**V.**
**TIMMY LATTIE SAVAGE II AND SARAH ELIZABETH SAVAGE, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02619-2016**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Lang

Before the Court is appellants' October 18, 2018 motion to dismiss the appeal with prejudice. In the motion, appellants state that the parties have settled this matter and ask for the appeal to be dismissed. TEX. R. APP. P. 42.1(a)(1). We grant the motion.

We dismiss this appeal with prejudice.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

181055F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FAY SERVICING, L.L.C. AND
CHRISTIANA TRUST, A DIVISION OF
WILMINGTON SAVINGS FUND
SOCIETY, FSB, AS TRUSTEE OF ARLP
TRUST 3, Appellants

No. 05-18-01055-CV　　　V.

TIMMY LATTIE SAVAGE II AND
SARAH ELIZABETH SAVAGE,
Appellees

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-02619-2016.
Opinion delivered by Justice Lang, Justices
Fillmore and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that all costs be borne by the party incurring the same.

Judgment entered this 29th day of October, 2018.